UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00061-FDW-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (11) MARTRAI DAVIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's pro se Motions for Reduced Sentence under the First Step Act (Doc. Nos. 821 and 847) and Appointment of Counsel (Doc. No. 751, 794, 821).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

To the extent Defendant seeks the appointment of counsel (Doc. No. 751, 794, 821), criminal defendants have no right to counsel beyond their first appeal. E.g., United States v. Kenny; United States v. Ismel. However, Defendant is currently represented by the Federal Public Defenders Office (Doc. No. 845, 846). Therefore, the Motions for appointment of counsel are MOOT.

IT IS SO ORDERED.

Signed: September 30, 2020

Frank D. Whitney
United States District Judge