IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CR-061-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARTRAI DAVIS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal First Step Act Memorandum" (Document No. 848) filed September 29, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Supplemental Memorandum in Support of First Step Act Motion contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal First Step Act Memorandum" (Document No. 848) is **GRANTED**, and Defendant's Supplemental Memorandum in Support of First Step Act Motion (Document No. 847) is sealed until further Order of this Court.

Signed: October 7, 2020

David C. Keesler
United States Magistrate Judge